IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Cade, Millicent E | Case Number:  08 B 02741 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 11/25/08 | Filed:  2/7/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: October 14, 2008
Confirmed: April 15, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,500.00 | |
| Secured: | | 760.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 642.47 |
| Trustee Fee: | | 97.53 |
| Other Funds: | | 0.00 |
| Totals: | 1,500.00 | 1,500.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 3,067.50 | 642.47 |
| 2. | Bank Of New York | Secured | 0.00 | 0.00 |
| 3. | DaimlerChrysler Servs North America | Secured | 0.00 | 0.00 |
| 4. | RoundUp Funding LLC | Secured | 518.51 | 30.00 |
| 5. | CitiFinancial Auto Credit Inc | Secured | 11,889.69 | 700.00 |
| 6. | GEMB | Secured | 518.51 | 30.00 |
| 7. | American General Finance | Secured | 1,040.95 | 0.00 |
| 8. | Bank Of New York | Secured | 18,376.80 | 0.00 |
| 9. | Discover Financial Services | Unsecured | 1,399.61 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 691.38 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 1,036.02 | 0.00 |
| 12. | CitiFinancial Auto Credit Inc | Unsecured | 10,026.28 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 275.32 | 0.00 |
| 14. | Check Plus Systems | Unsecured | | No Claim Filed |
| 15. | Exxon Mobil | Unsecured | | No Claim Filed |
| 16. | Direct Tv | Unsecured | | No Claim Filed |
| 17. | Cone Management | Unsecured | | No Claim Filed |
| 18. | Mages & Price | Unsecured | | No Claim Filed |
| 19. | AT&T Wireless | Unsecured | | No Claim Filed |
| 20. | GEMB | Unsecured | | No Claim Filed |
| 21. | First Cash Advance | Unsecured | | No Claim Filed |
| 22. | Macy's | Unsecured | | No Claim Filed |
| 23. | Pier 1 Imports Inc | Unsecured | | No Claim Filed |
| 24. | MCYDSNB | Unsecured | | No Claim Filed |
| 25. | TRS Services | Unsecured | | No Claim Filed |
| | | | $ 48,840.57 | $ 1,402.47 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Cade, Millicent E

Printed: 11/25/08

Case Number:  08 B 02741
Judge:  Goldgar, A. Benjamin
Filed:  2/7/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 96.12 |
| 6.6% | 1.41 |
| | $ 97.53 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

